UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:11-cv-00609-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 12, 2014 |
| W. OAKLEY, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Compel the Attorney General's Office to Make a Counter Offer." (Doc. # 42.) Defendant has opposed the motion (Doc. # 43) and Plaintiff has replied (Doc. # 47).

The court notes it has encouraged the parties to discuss possible settlement of this case. (Doc. ## 25, 33.) Defendant's counsel represents that "settlement negotiations were conducted telephonically with Plaintiff...[but] that no settlement was reached." (Doc. # 43 at 2.) Counsel for Defendant indicates they are not adverse to settlement and will continue such discussions. (*Id*.)

This court has no power or authority to require any party to make any type of settlement offer. Plaintiff's motion (Doc. # 42) is **DENIED.**

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk