UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:11-cv-00609-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | May 28, 2014 |
| | ) | |
| W. OAKLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** <u>  Katie Lynn Ogden  </u>   **REPORTER:** <u>NONE APPEARING</u>

**COUNSEL FOR PLAINTIFF:** <u> Rickie L. Hill, In Pro Per (Telephonically)</u>

**COUNSEL FOR DEFENDANTS:** <u> Peter Kevin Keegan, Esq.</u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

9:57 a.m.  Court convenes.

The court holds today's hearing to address Plaintiff's "Motion to Compel (ESP) Law Library to Honor (Doc 45) Copywork Extention" (Doc. # 60).  Defendant responded on April 24, 2014 (Doc. # 64).  The court notes for the record that the court entered an order on February 28, 2014 (Doc. # 45), granting Plaintiff's request for copy work increase in the amount of $20.00 to be used in this case only.

In view of the Defendant's response to Plaintiff's instant motion (Doc. # 64), the court entered an order (Doc. # 73) directing the Defendant to inquire of inmate banking services or the law library regarding the status of Plaintiff's copy work balance and to submit a report pertaining thereto.  Defendant responded to the court's minute order on May 19, 2014 (Doc. # 76).

The court and parties discuss the typical protocol the Nevada Department of Corrections ("NDOC") takes when the court enters an order granting an inmate an extension as to his copy work limit.

After hearing from the parties, the court determines further elaboration is needed to fully understand the actions taken by NDOC when receiving an order from the court to extend an inmate's copy work limit.  The court directs Deputy Attorney General Peter Keegan to seek further explanation from either the institution's law library or inmate banking services (or both)

MINUTES OF PROCEEDINGS
3:11-cv-00609-RCJ-WGC
Date: May 28, 2014
Page 2

with regard to extensions of copy work limits granted by the court to inmates. Mr. Keegan shall thereafter file a supplemental report with the court no later then **Thursday, June 12, 2014**.

Although it is unclear at this time the exact protocol the NDOC takes when receiving an order granting a copy work extension, Plaintiff's "Motion to Compel (ESP) Law Library to Honor (Doc 45) Copywork Extention" (Doc. # 60) is **DENIED without prejudice**; should this subject surface again, Plaintiff is permitted to renew his motion. The court finds the documentation submitted by the Defendant in his response to Plaintiff's instant motion and the declaration of Donald Southworth (Doc. # 76) sufficiently identifies the $20.00 copy work extension granted by the court on February 28, 2014 was accurately allocated to Mr. Hill's inmate banking account and that Mr. Hill has in fact been able to make copies using the credit afforded to him by the court.

The court reminds the parties that the deadline to file dispositive motions is June 11, 2014 (Doc. # 40).

10:25 a.m. Court adjourns.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Katie Lynn Ogden, Deputy Clerk