## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:11-cv-00609-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 5, 2014 |
| W. OAKLEY, et al., | ) | |
| Defendants | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

 Before this court is Plaintiffs Notice of Address Change and Motion to Compel (Doc. # 88) and Defendants' response (Doc. # 89).  In view of the representations in Defendants' response that the erroneous deductions from Plaintiff's inmate account have been resolved, Plaintiff's motion (Doc. # 88) is **DENIED AS MOOT.**

 IT IS SO ORDERED.

                LANCE S. WILSON, CLERK


                By: <u>  /s/        </u>
                  Deputy Clerk