UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:11-cv-00609-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 31, 2014 |
| W. OAKLEY, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Examin (sic) Declaration From Nurse Fields/Impose Sanctions on D.A.G. Keegan." (Doc. # 96.) Defendant has opposed the motion. (Doc. # 97.) No reply has been filed.

Plaintiff's asks the court to order the Defendant to produce a declaration which was referred to in the Defendant's motion for summary judgment and to "impose sanctions on D.A.G. Keegan for intentionally muddling the record..." (Doc. # 96.)

Defendant states that the erroneous reference to Nurse Fields was overlooked from an earlier draft and was inadvertently not removed during editing. (Doc. # 97 at 2.) Defendant further opposes Plaintiff's motion insofar as it seeks sanctions, citing to the "safe harbor" provisions of Fed. R. Civ. P. 11(c)(2).

Plaintiff does not establish any prejudice to him as a result of the Defendant's erroneous reference to a declaration by Nurse Fields. Other than a reference to the Fields declaration at page 7 of Defendant's motion (Doc. # 79), Defendant does not further rely on the reference to the Fields declaration. The court, when addressing Defendant's motion for summary judgment, will not consider the inadvertent reference to the Fields declaration.

MINUTES OF THE COURT
3:11-cv-00609-RCJ-WGC
Date:  October 31, 2014
Page 2

      Defendant's counsel has adequately explained the editing mistake which made reference to the declaration. (Doc. # 97 at 3.) As such, the court does not believe the imposition of sanctions would be warranted.

      Plaintiff's motion (Doc. # 96) is therefore **DENIED.**

      **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                By:    /s/
                                         Deputy Clerk